# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**JONATHAN McCORD,**

    Petitioner,

v.

**DAVID MAHONEY, Sheriff,**
**County of Dane,**

    Respondent.

**JUDGMENT**
**on a Motion pursuant to**
**28 U.S.C. § 2254**

Case No.:3:08-cv-0051-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.


**THERESA M. OWENS**
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel                                                                                                1/28/08
_____       _____
**by Deputy Clerk**                                                                 **Date**