IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JONATHAN McCORD,

                Petitioner,                MEMORANDUM

   v.

                                                     08-C-0051-C

DAVID MAHONEY, Sheriff, County of Dane

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On February 11, 2008, this court entered an order in which it construed petitioner's filings as leave to proceed in forma pauperis on appeal. The court denied his request on the ground that he was not taking his appeal in good faith. 28 U.S.C. § 1915(a)(3). Petitioner has since filed a formal request to proceed in forma pauperis on appeal, along with an affidavit of indigency. For the reasons stated in the order, petitioner's request is denied.

      Entered this 5th day of March, 2008.

                                                     BY THE COURT:

                                                   /s/

                                                 BARBARA B. CRABB
                                                 District Judge